UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAO SAELEE, et al., | No. 2:14-cv-02625-TLN-AC |
| Plaintiffs, | |
| v. | ORDER |
| BSI FIN. SERVS., et al., | |
| Defendants. | |

This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  Plaintiffs' complaint, filed on November 10, 2014, includes the following causes of action: (1) violation of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 *et seq.*; (2) violation of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 *et seq.*; (3) violation of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1688, *et seq.*; (4) negligence; (5) California Consumer Credit Reporting Agency; (6) intentional infliction of emotional distress; (7) declaratory judgment/lien release; (8) injunctive relief; (9) wrongful foreclosure; (10) unfair or deceptive act; and (11) no contract.[1]  ECF No. 1.

Before the court is plaintiffs' motion to validate filed on November 10, 2014.  ECF No. 2.

---

[1] Plaintiffs incorrectly numbered their causes of action in two places.  First, plaintiffs failed to include a seventh (7) cause of action in their complaint.  ECF No. 1 at 25.  Second, plaintiffs included "no contract" as their last listed cause of action, but entitled it "sixth claim for relief."  ECF No. 1 at 29.

1  Plaintiffs' motion asks the court to find that defendants are not the rightful holders of plaintiffs'
2  debt because of their violations of the FDCPA. ECF No. 2. Plaintiffs' motion also argues that
3  defendants have violated the FCRA by reporting inaccurate credit information about them and
4  asks that defendants be required to delete all inaccurate information. Id. Both causes of action
5  are discussed in plaintiffs' complaint in far more detail. ECF No. 1 at 11–20, 20–22. Further,
6  both plaintiffs' motion and their complaint request the same forms of relief. ECF No. 1 at 29–33;
7  ECF No. 2. Accordingly, the court vacates plaintiffs' motion to validate because it is duplicative
8  of their complaint.
9      Accordingly, IT IS HEREBY ORDERED that plaintiffs' motion to validate (ECF No. 2)
10 is vacated.
11 DATED: December 2, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2