Kao Saelee
Tawn Saechao
9275 Louis St.
Elk Grove, CA 95624

Tel: 916-670-0214

Defendant, In Pro Per

**FILED**

FEB 1 0 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KAO SAELEE, AN INDIVIDUAL<br>TAWN SAECHAO, AN INDIVIDUAL<br><br>          PLAINTIFF,<br>V.<br><br>BSI FINANCIAL SERVICES AKA SERVIC ONE, INC., AND SHEER LAW GROUP LLP, AND DOES 1-100,<br><br>          DEFENDANTS. | Case No.2:14-CV-02625-TLN-AC<br><br>**DEFENDANTS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br>Hon. David O. Carter<br><br>Action Filed: 07/09/2014 |

NOTICE OF VOLUNTARY DISMISSAL                    1

**PLEASE TAKE NOTICE** that Plaintiff's Kao Saelee; Tawn Saechao ("Plaintiff's"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant BSI Financial Services and Sheer Law Group LLP.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(1)** *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the defendant may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

\*      \*

\*

Plaintiff have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: February 10, 2015

Kao Saelee

_____
Kao Saelee
**Plaintiff In Pro Per**

Tawn Saechao

_____
Tawn Saechao
**Plaintiff In Pro Per**

NOTICE OF VOLUNTARY DISMISSAL              2

**PROOF OF SERVICE**

I am employed in the City and County of Sacramento, California. I am over the age of 18 and not a party to the within action. My business address is 7707 Mannerside Drive Sacto, CA 95832.

On 2/9/15, I served the following document

**NOTICE OF VOLUNTARY FOR DISMISSAL**

On the persons below as follows:

BSI FINANCIAL SERVICES AKA SERVIS ONE INC
C/o Incorp Services, Inc.    *Defendants Attorney*
5716 Corsa Ave., STE #110
Westlake Village, CA 91362

SHEER LAW GROUP, LLP
ATTN: Spncer Pl Sheer
155 N. Redwood Dr., Ste 100
San Rafael, CA 94903

☑ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such documents(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier which delivery fees paid or provided for, addressed to the person(s) served hereunder.(C.C P. § 1013 (d)(e))

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the forgoing is true and correct

☐ (State)   I declare under penalty of perjury under the laws of the State of California above is true and correct

☐ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Excuted on 2/9/15, at Sacramento, California.

Jasun Sueking
(Type or print name)                    (signature)

1